IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO 06-22146-CIV-GARBER

EILEEN JACOBSON, SUCCESSOR
TRUSTEE OF THE ERNA ROSENBERG
IRREVOCABLE TRUST,

                Plaintiff,

v.

INTERNAL REVENUE SERVICE, ALAN E.
GREENFIELD, PERSONAL REPRESENTATIVE
OF THE ESTATE OF RALPH ROSENBERG,
MILTON GENE FRIEDMAN, FRIEDMAN,
DUQUE & CO., WILLIAM GUTHRIE, FRANCES
D. SHEEHY, ESQ., and FEDERATED MEDICAL
SERVICES, INC. N/K/A FEDERATED
MEDICAL SERVICES, LLC.,

                Defendants.
_____/

## ORDER ON MOTION TO COMPEL DEFENDANT FRIEDMAN, DUQUE & CO. TO APPEAR THROUGH COUNSEL

THIS MATTER having come before the Court upon the Plaintiff Eileen Jacobson, Successor Trustee of the Erna Rosenberg Irrevocable Trust's Motion to Compel Defendant Friedman, Duque & Co. to Appear through Counsel. The Court having reviewed the Motion and related responses, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. Defendant Friedman, Duque & Co. shall obtain licensed counsel to represent it in this action and said counsel shall file a Notice of Appearance with the Court within thirty (30) days of entry of this Order; and

2. The failure of Defendant Friedman, Duque & Co. to comply with this Order may result in the entry of a default judgment against it.

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida, this 18th day of April, 2007.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE