UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-22146-CIV-Garber

EILEEN JACOBSON, SUCCESSOR
TRUSTEE OF THE ERNA ROSENBERG
IRREVOCABLE TRUST,

    Plaintiff,

v.

INTERNAL REVENUE SERVICE, *et al.,*

    Defendants.
_____/

**ORDER NOTIFYING PARTIES OF SUMMARY JUDGMENT MOTION**

THIS CAUSE is before the Court on plaintiff's (1)Motion to Dismiss Defendant Milton G. Friedman, or, alternatively, for Summary Judgment Against Milton G. Friedman [DE 95], and (2) Motion to Dismiss Defendant Friedman Duque & Co., or, alternatively, for Summary Judgment Against Friedman Duque & Co. [DE 96], each filed on August 30, 2007.

PLEASE TAKE NOTICE that this Court will begin considering the Motions in twenty days. **All parties opposing the Motions shall file with the Court within twenty calendar days of the date of entry of this Order: (1) a memorandum of law in opposition to the Motions; (2) necessary sworn affidavits and other material in opposition to the Motions; and (3) a concise statement of material facts as to which the parties contend that there exists a genuine issue to be tried.**

If the parties opposing the Motions fail to submit the necessary sworn affidavits or the concise statements of material facts as to which the parties contend that there

exists a genuine issue to be tried, this Court may accept all material facts set forth in the Motions as true, and may grant the motions. Moreover, if the parties opposing the Motions fail to file a memorandum of law within twenty days, the Court may grant the Motions by default. If the Court grants the Motions by default or otherwise, final judgment may be entered against the opposing parties without a full trial.

If the parties opposing the Motions do file a response, movant may file a reply thereto consistent with the Local Rules of the Southern District of Florida.

DONE AND ORDERED in Chambers at Miami, Florida this 31st day of August, 2007.

*/s/ Barry L. Garber*
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE